```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 32923
    VINCENT CORNELIUS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5105

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 12/02/2008 and was not confirmed.

      The case was transferred to Glenn Stearns, Trustee on 02/06/2009.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
JP MORGAN CHASE           MORTGAGE NOTI  NOT FILED              .00           .00
CITIFINANCIAL AUTO CREDI  SECURED NOT I    9473.16              .00           .00
JP MORGAN CHASE           CURRENT MORTG       .00               .00           .00
JP MORGAN CHASE           MORTGAGE ARRE    7308.94              .00           .00
CITIFINANCIAL AUTO CREDI  UNSECURED      NOT FILED              .00           .00
HFC USA/BENEFICIAL        UNSECURED      NOT FILED              .00           .00
HSBC BANK                 UNSECURED      NOT FILED              .00           .00
NAVY FEDERAL CREDIT UNIO  UNSECURED        2970.12              .00           .00
SPRINT PCS                UNSECURED      NOT FILED              .00           .00
NICOR GAS                 UNSECURED      NOT FILED              .00           .00
PRA RECEIVABLES MGMT      UNSECURED       16650.99              .00           .00
PRA RECEIVABLES MGMT      UNSECURED        1966.67              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                      .00                     .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 03/09/09                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 32923 VINCENT CORNELIUS
```